UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, Receiver of Legisi
Marketing, Inc., et al.,

      Plaintiff,                                     Case No. 12-11410

v.                                               Hon. George C. Steeh

MARY K. KOEHN,                    Magistrate Judge Mark A. Randon

      Defendant.
_____/

## DEFAULT JUDGMENT

This matter came before the Court on Plaintiff's Motion for Entry of Default Judgment. The Court is fully advised and orders and adjudges as follows:

1.    Judgment is hereby entered in favor of Plaintiff, Robert D. Gordon, as the Receiver of Legisi Holdings, LLC, et al., and against Defendant Mary K. Koehn, in the amount of $60,507.63, plus costs in the amount of $350, for a total judgment of $60,857.63.

2.    This Default Judgment disposes of all the claims of all the parties, is a final judgment, and closes the case.

    SO ORDERED.

                                                              s/George Caram Steeh
                                                              United States District Judge

Dated: June 26, 2013

9053178.1 30711/122570

2

Proof of Service

I certify that a copy of this order was served upon

the attorneys of record and Mary K. Koehn,

4819 S.W. Stoddard Drive, Aloha, OR  97007

by electronic and/or regular mail.

         s/Marcia Beauchemin

         Deputy Clerk